IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEFFREY DAWSON,

    Plaintiff,
v.                                          CASE NO. 1:17-cv-34-MW-GRJ

STATE OF FLORIDA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a pretrial detainee involuntarily committed to the North Florida Evaluation and Treatment Center, initiated this case by filing a complaint and a motion to proceed as a pauper. ECF Nos. 1, 2. Plaintiff failed to use this Court's forms for inmates civil rights complaints and IFP motions. The Court ordered Plaintiff to correct these deficiencies on or before April 6, 2017. That Order was returned as undeliverable. ECF No. 5. As of this date, Plaintiff has failed to provide the Court with a current address, and Plaintiff has had no contact with the Court since the Complaint was filed on February 14, 2017.

Accordingly, it is **RECOMMENDED** that this case be dismissed for

failure to prosecute.

  **IN CHAMBERS** this 11th day of April 2017.

        *s/ Gary R. Jones*
        GARY R. JONES
        United States Magistrate Judge