IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEFFREY DAWSON,**

    **Plaintiff,**

**v.**                                    **Case No. 1:17cv34-MW/GRJ**

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **DISMISSED** for failure to prosecute. The Clerk shall close the file.

**SO ORDERED on May 11, 2017.**

                                                  **s/Mark E. Walker         \_\_\_\_**
                                                  **United States District Judge**